# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Case No. 2:17-cv-02486 ) |
| Dewar & Co. LLC, and Lewis C. Smith, Jr. | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff State Farm Mutual Automobile Insurance Company, by and through its counsel, hereby voluntarily dismisses this action without prejudice. Defendants have neither answered nor filed a motion for summary judgment. Plaintiff has not previously dismissed an action based on or including the same claims as those presented in this action.

Dated: December 1, 2017.

Respectfully submitted,

*/s/ David E. Rogers*
David E. Rogers                                  #13320
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
316-291-9708
866-347-5133 (fax)
drogers@foulston.com

## Certificate of Service

  I hereby certify that on December 1, 2017, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Stephen G. Mirakian
Wyrsch Hobbs Mirakian P.C.
One Kansas City Place
1200 Main Street, Suite 2110
Kansas City, MO 64105
816-221-0080
Fax: 816-221-3280
smirakian@whmlaw.net

              */s/ David E. Rogers*
              David E. Rogers    #13320